STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v.
AMEDIO CIANCI, DEFENDANT-RESPONDENT.

*Mr. Frederick T. Law* and *Mr. Frank J. V. Gimino* for the petitioner.

*Mr. Amedio Cianci, in propria persona.*

December 20, 1954.   Granted.